
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AHMED ALAA ABDELMGUID, | )<br>) |
| Petitioner, | )<br>) |
| v. | )<br>) Case No.: 4:17-cv-0340-KOB-JEO |
| JOHN E. KELLY, Secretary of the Department of Homeland Security, et al., | )<br>)<br>) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Ahmed Alaa Abdelmguid, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc.1). Respondents have moved to dismiss the action as moot, on the ground that Petitioner has been removed from the United States. (Doc. 13).

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Petitioner was removed from the United States on March 27, 2018. (Doc. 13-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

**DONE** and **ORDERED** this 5th day of April, 2018.

*/s/ Karon O. Bowdre*
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE